# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| MANOLO BLAHNIK INTERNATIONAL LIMITED | ) ) ) ) Case No. 13-cv-7810 |
| Plaintiff, | ) ) **Judge Virginia M. Kendall** |
| v. | ) ) **Magistrate Judge Maria Valdez** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, November 6, 2013, at 9:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Domain Name Transfer Order, Asset Restraining Order, Expedited Discovery Order and Service of Process by Email and Electronic Publication Order, Motion for Leave to File Under Seal and Motion to Exceed Page Limits.

Dated this 31st day of October 2013.         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　__/s/ Justin R. Gaudio_____
　　　　　　　　　　　　　　　　　　　　　Kevin W. Guynn
　　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　　kguynn@gbclaw.net
　　　　　　　　　　　　　　　　　　　　　aziegler@gbclaw.net
　　　　　　　　　　　　　　　　　　　　　jgaudio@gbclaw.net

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　*Manolo Blahnik International Limited*