# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Manolo Blahnik International Limited

                                            Plaintiff,

v.

                                            Case No.: 1:13−cv−07810

                                            Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2013:

      MINUTE entry before Honorable Virginia M. Kendall: Motion for temporary restraining order [6] is granted. The temporary restraining order shall remain in effect for fourteen (14) days. Motion for leave to file under seal [8] is granted. Motion for leave to file in excess pages [7] is granted.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.